IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOE E. GARY, JR.,

   Plaintiff,

    v.

CAPITAL ONE AUTO FINANCE, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1715-TWT

## ORDER

This is an action for fraud in the collection of a note and repossession of a motor vehicle. It is before the Court on the Defendant's Second Motion to Compel [Doc. 35]. It appears to the Court that the pro se Plaintiff has not complied with the Court's Order to fully and completely respond to the Defendant's discovery requests. The Defendant's Second Motion to Compel [Doc. 35] is GRANTED. This action is DISMISSED without prejudice. If the Plaintiff refiles this action, he is ordered to pay the full filing fee.

SO ORDERED, this 6 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Gary\06cv1715\compel2.wpd